*[TRADUCCIÓN PÚBLICA.]* -------------------------------------------------------

CERTIFIED TRANSLATION. -----------------------------------------------------

----------------------------------- LETTER ROGATORY -------------------------

[On the upper left - hand side there appears a raised seal that reads:] Judicial Communications Convention INI: Jurisdictional; [and, on the right - hand side, there appears another seal that reads:] National Judicial Power. First Instance Court on Labor Law Matters No. 21 in and for the City of Buenos Aires. -----------------------------------------------------------------------------

The Honorable Judge Susana María de la Peña, Esq., presents her greetings to the appropriate Court with jurisdiction in the city of Willmington, United States of America, respectfully requests international judicial assistance and informs the following: ------------------------------------------------------------

That the case entitled "Guelman, Alejandro Daniel c/ Teletech Holdings Inc. y Otros s/ Despido" ["Guelman, Alejandro Daniel vs. Teletech Holdings Inc. et al for Dismissal"] (Record No. 4274/2003) is now pending before this First Instance Court on Labor Law Matters No. 21 having jurisdiction over the city of Buenos Aires, capital city, presided over by the undersigned, Sole Office of the Court Clerk under the charge of Graciela Iriart Bellicchi de Grigoni, Esq., and sitting at Av. Presidente Roque Sáenz Peña 760, Piso 2°, Ciudad Autónoma de Buenos Aires, República Argentina. This Court requests the assistance described herein in the interests of justice. For such purpose, the undersigned, having competent jurisdiction over the territory and the subject matter of the case, has issued this Letter Rogatory so that Your Honor take the necessary measures to obtain from Teletech South America Holdings Inc., domiciled at 1209 Orange Street, Willmington, United States of America, information about the following issues, in accordance with its records, documents and files: -------------------------------------------------------------

1.  Whether Alejandro Daniel Guelman was president of that company; -------

2.  In case he was, a description of the tasks he performed. --------------------

The relevant part of the ruling ordering this Letter Rogatory to be issued is quoted herein and reads as follows: "*Buenos Aires, October 17th, 2003. With respect to the official letters requested by the Plaintiff (on pages 926 / 927, points 6 through 9, of the record) and the co-Defendant Teletech Holdings Inc. (on page 310 of the record) to be executed abroad, this Court holds that they must be conducted in the form of Letters Rogatory and that they shall contain the name of the person authorized to handle their processing, in full compliance with the requirements set forth in the International Convention on Letters Rogatory and Letters of Request. The requesting party shall be responsible for their drafting and processing, evidence of which must be furnished within a*



4.

*term of 60 days, and for serving process thereof within a term of 120 days, all of which shall be under the penalty of precluding said party from exercising the right to use such evidence henceforth... Signed: Graciela Marta Giannela, Esq. JUDGE. Buenos Aires, December 22nd, 2004. Pursuant to what has been requested and in full consideration of the facts described in the record, I hereby order that the new letters rogatory previously mentioned be issued. The defendant is hereby notified that it is given a sole term of 20 days in order to present such letters rogatory so that they are signed and collected and their processing is duly evidenced, all of which shall be under the penalty of holding said party's non - compliance as a waiver to its right to use such means of evidence. Notice is hereby served upon the party. Signed: Susana María de la Peña, Esq. JUDGE. "* -----------------------------------------------------------

---------------------------------------- Overleaf -------------------------------------------

It is hereby stated that the qualified personnel of the Argentine Consulate in the United States is authorized to take care of the processing of this Letter Rogatory. -----------------------------------------------------------------------------

The ground that gives birth to the claim is related to the dismissal situation of Mr. Alejandro Daniel Guelman in connection with his alleged employer, the corporation Teletech Holdings Inc., as well as to his attempt of holding Teletech Argentina S.A. and Connect S.A. jointly and severally liable for the fulfillment of Teletech Holdings Inc.'s purported duties to pay compensation and salaries. ----------------------------------------------------------------------

Mr. Guelman also seeks to obtain a declaratory judgment against the three companies previously mentioned in connection to the "stock option plan" called Teletech Holdings Inc. Non Qualified Stock Option Agreement (*"plan de opciones de adquisición de acciones"*), which the plaintiff claims was given to him as a fringe benefit on account of the alleged contract for employment that bound him to Teletech Holdings Inc. ---------------------------------------------------

Also, it should be noted that the sum claimed in the complaint amounts to 2,221,427.51. ---------------------------------------------------------------------------

Duly authorized to carry out the processing of this Letter Rogatory are attorneys-at-law Alejandro Noblía and / or Jorge Alejandro Parra and / or Alberto Rubio and / or Justo Segura and / or Gonzalo de Undurraga and / or Agustín Moreno and / or Rodrigo Olazabal and / or Cecilia López Lecube and / or Mariana Zuleta and / or Fernando M. Corrales and / or Santiago Jonás Aguilar and / or Dolores Defferarri and / or Martín Solvey and / or Liliana Lima and / or Juan Antivero and / or any other person that any of them, without distinction, may designate. ----------------------------------------------------

This Court offers to reciprocate your assistance in similar cases. --------------

Done, signed and sealed in my capacity as Judge in the city of Buenos Aires on this 14th day of February, 2005. --------------------------------------------------

[There follows an illegible signature.] [Below, there follows a seal that reads:] Susana M. de la Peña. Judge in and for the city of Buenos Aires. ---------------

--------------------------------------------- Page 2 ----------------------------------------------

[On the upper left - hand side there appears a raised seal that reads:] Judicial Communications Convention INI: Jurisdictional. ----------------------------------

[Letterhead:] National Judicial Power. -------------------------------------------------

The undersigned, President of the Court of Appeals on Labor Law Matters in and for the City of Buenos Aires, capital city of the Republic of Argentina, certifies that the preceding signature of Susana María de la Peña, Esq., is genuine and conforms to the one kept in our records at the General Secretariat, in her capacity as First Instance Judge on Labor Law Matters, who is in charge of Court No. 21. ----------------------------------------------------

Given in Buenos Aires, on this 23rd day of February, 2005. ----------------------

[There follows an illegible signature and, underneath, a seal that reads:] Juan Andrés Ruiz  Diaz, Esq. President. -----------------------------------------------------

[On the left hand side and in vertical position there appears an illegible signature and a seal that reads:] Claudio H. Riancho. General Clerical Officer. [Below, on the left hand side there appears another seal that reads:] Court of Appeals on Labor Law Matters in and for the City of Buenos Aires. ---------------

----------------------------------------------------------------------------------------------

[The foregoing is a true translation into English of the original copies in Spanish attached hereto which I have had before me. In witness thereof, I sign and seal this document in the city of Buenos Aires, on this 24th day of February, 2005. ] -----------

[For certification purposes only:] Es traducción fiel en tres (3) páginas al idioma inglés de las copias originales adjuntas redactadas en idioma español, que he tenido a la vista. Buenos Aires, 24 de febrero de 2005. --------------------------------------------

**CONSUELO LLAMES MASSINI**
TRADUCTORA PUBLICA - INGLES
MAT. T° XV F° 383 CAP. FED
INSCRIP. C.T.P.C.B.A. Nro. 8888

COLEGIO DE TRADUCTORES PUBLICOS
DE LA CIUDAD DE BUENOS AIRES
Corresponde a la Legalización

N° _____

MAXIMILIANO DAMIAN VARGAS